IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS K. COOK,

    Petitioner,                   No. CIV S-06-0070 GEB EFB P

    vs.

KEN CLARK, Acting Warden,

    Respondent.              <u>ORDER</u>

                            /

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On December 14, 2006, petitioner requested an extension of time to file and serve a first amended petition for writ of habeas corpus. *See* Fed. R. Civ. P. 6(b).

      Good cause appearing, it is ORDERED that petitioner's December 14, 2006, request to extend time is granted and petitioner has 30 days from the date this order is served to file and serve an amended petition for writ of habeas corpus.

Dated: December 29, 2006.

*[signature: Edmund F. Brennan]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE