IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS K. COOK,

    Petitioner,                      No. CIV S-06-0070 GEB EFB P

    vs.

KEN CLARK, Acting Warden,

    Respondent.                 ORDER

_____/

       Petitioner, a state prisoner proceeding without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. On November 14, 2006, the court dismissed the petition on the ground that it was mixed and gave petitioner time to file a first amended petition. On January 29, 2007, petitioner filed a first amended petition.

       Accordingly, it is hereby ordered that:

       1. Respondent shall file and serve an answer to petitioner's application within 30 days from the date of this order. *See* Rule 4, Fed. R. Governing § 2254 Cases. The answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. *See* Rule 5, Fed. R. Governing § 2254 Cases.

////

////

 2. Petitioner's reply, if any, shall be filed and served within 30 days of service of an answer.

Dated: March 12, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE