IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS K. COOK,

    Petitioner,                    No. CIV S-06-0070 GEB CHS P

    vs.

KEN CLARK, Acting Warden,

    Respondent.                 ORDER

_____/

        On October 9, 2009, a document was served on petitioner at a 1400 North A Street address provided in a December 27, 2007 filing. That document was returned on October 19, 2009, as undeliverable and unable to forward. Review of the December 27, 2007 filing however finds petitioner provided two different addresses. On October 20, 2009, petitioner was re-served the document at an 1103 North B Street address and that document was not returned. This document will be served at the 1103 North B Street address.

        IT IS HEREBY ORDERED that the parties file a status report concerning petitioner's status within 21 days of the date of this order.

DATED: November 25, 2009

CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE

1